# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **IMAD YASSIN KACHKOUL,** | 8:15CV448 |
| **Plaintiff,** | |
| v. | **ORDER TO COMPEL MEDIATION OR SETTLEMENT CONFERENCE** |
| **LINDSAY INTERNATIONAL SALES & SERVICE, LLC; and DAVID B. DOWNING,** | |
| **Defendants.** | |

This matter is before the Court on the parties' Joint Motion for Entry of Order to Compel Mediation or Settlement Conference (Filing No. 27). The parties agree an order to compel mediation or a settlement conference would facilitate a meeting among the parties to mediate or arrive at settlement in this matter. In view of this stipulation, and good cause appearing, the Court enters this Order to Compel Mediation or Settlement Conference.

**IT IS HEREBY ORDERED**:

1. The parties' Joint Motion for Entry of Order to Compel Mediation or Settlement Conference (Filing No. 27). The parties are hereby ordered to mediate or confer with a view to settlement of this case.

2. A mediation or settlement conference shall take place in Omaha, Nebraska, or some other mutually agreed upon location within **sixty** days of the date of this Order. The deadlines for an answer and planning conference report, as scheduled on August 1, 2016, remain. **See** Filing No. 26.

3. Plaintiff Imad Yassin Kachkoul must appear at the mediation or settlement conference in person. Defendants Lindsay International Sales & Service, LLC and David B. Downing must attend in the form of a person fully authorized to act on their behalf with full settlement authority.

4. The parties shall exercise good faith efforts to settle this controversy.

5. The parties shall advise the Court of the status of this case and counsel's positions on case progression on **October 24, 2016**, or within five days after completing the mediation or settlement conference, whichever is earlier.

Dated this 18th day of August, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge